UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-cr-00252 |
| VERSUS | JUDGE FOOTE |
| CLINTON BLANCHARD | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's **Motion to Suppress (Doc. 22)** is **denied**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 14th day of March, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE